United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 12-16646-dk
Martin E Koerner                                                Chapter 7
Marianne I Koerner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0416-1          User: rhegerle          Page 1 of 2          Date Rcvd: May 24, 2013
                              Form ID: pdfparty       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2013.
db/db          +Martin E Koerner,   Marianne I Koerner,   6077 Charles Cannon Road,
                Marion Station, MD 21838-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2013**                    **Signature:**    _Joseph Speetjens_

District/off: 0416-1          User: rhegerle          Page 2 of 2          Date Rcvd: May 24, 2013
                              Form ID: pdfparty        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2013 at the address(es) listed below:
              Ann  Shaw    ashaw@lawislocal.com
              Candy L. Thompson    candy.thompson2@verizon.net,   legal13@verizon.net,candy.thompsonecf@gmail.com
              George W. Liebmann    Gliebmann@lspa.comcastbiz.net,  oshively@lspa.comcastbiz.net,
               MD25@ecfcbis.com,stifft@lspa.comcastbiz.net
              Orbie R. Shively    oshively@lspa.comcastbiz.net
              Randa S. Azzam    razzam@siwpc.com,   klane@siwpc.com,ecfmd1@siwpc.com,ecfmd2@siwpc.com,
               ecfmd3@siwpc.com
              Scott R. Robinson    usbcnotice@first-legal.com,   srobinson@first-legal.com,
               cpadgett@first-legal.com,sadams@first-legal.com
                                                                                    TOTAL: 6



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| In re: ) | Case No.: 12-16646-DWK |
| ) | |
| Martin E Koerner ) | Chapter 7 |
| Marianne I Koerner. ) | |
|     Debtors. ) | |
| ) | |
| ) | |
| BANK OF AMERICA, N.A ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Martin E Koerner ) | |
| Marianne I Koerner, ) | |
|   Debtors, ) | |
| and ) | |
| GEORGE W. LIEBMANN, ) | |
|   Chapter 7 Trustee, ) | |
| ) | |
|     Respondent(s). | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion for Relief from Automatic Stay filed by Bank of America, N.A., ("Movant"), the Trustee and the Debtors having failed to file a response thereto, and for cause, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that relief from the automatic stay of 11 U.S.C. §362(a) in the above-captioned case is granted in favor of Movant and as to any purchaser at a foreclosure sale

1

conducted at the direction of the Movant under the provisions of the Deed of Trust dated June 9, 2006, regarding the real property commonly known as 6077 Charles Cannon Road, Marion Station, MD 21838, and recorded among the land records of Somerset County, Maryland.

ORDERED that in the event of foreclosure, if the Debtors fail to voluntarily vacate the premises the successful purchaser may pursue the necessary legal means to obtain possession of the property.

ORDERED that entry of this Order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject property.

ORDERED that in the event a foreclosure sale of the subject property is consummated and surplus proceeds exist as a result of such sale, a copy of the Report of Sale and all Auditor's reports shall be served on the Bankruptcy Trustee.

ORDERED that the provisions set forth in this Order shall apply to any subsequent assignee of the Movant and/or their successors in interest.

ORDERED that upon the filing of the Report of Sale, the auditor shall be notified of the name and the address of the Bankruptcy Trustee to whom the surplus must be paid.

## SERVICE LIST

Martin E Koerner                              Debtors
Marianne I. Koerner
6077 Charles Cannon Road
Marion Station, MD  21838

Ann Shaw, Esquire                             Counsel for Debtors
The Law Firm of Ann Shaw
212 W. Main Street, Suite 303
P.O. Box 448
Salisbury, MD 21803-0448

George W. Liebmann                            Chapter 7 Trustee
8 West Hamilton Street
Baltimore, MD 21201

Bank of America, N.A.                         Movant
400 National Way

2

Mail Stop: CA6-919-02-22
Simi Valley, CA 93065

Randa S. Azzam                                    Counsel for Movant
Razzam@siwpc.com
611 Rockville Road, Suite 100
Rockville, MD 20852


**END OF ORDER**